B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Biesboer, Kenneth L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2430** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**31742 South Yates**<br>**Beecher, IL**<br>ZIP Code **60401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Biesboer, Kenneth L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Biesboer, Kenneth L.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth L. Biesboer**
Signature of Debtor  **Kenneth L. Biesboer**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 29, 2008**
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)
**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)
**Gregory K. Stern, P.C.**
Firm Name
**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number
**December 29, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Kenneth L. Biesboer                                  Case No.
                                    Debtor(s)                 Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Kenneth L. Biesboer
                     Kenneth L. Biesboer

Date:  December 29, 2008

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Kenneth L. Biesboer  
Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Business Purchases | Disputed | 7,872.35 |
| Chase Cardmember Services<br>PO Box 100045<br>Kennesaw, GA 30156-9245 | Chase Cardmember Services<br>PO Box 100045<br>Kennesaw, GA 30156-9245 | Periodic Purchases - Cash Advances | Disputed | 14,342.77 |
| Citizens Banking Corporation<br>101 North Washington<br>Saginaw, MI 48607 | Citizens Banking Corporation<br>101 North Washington<br>Saginaw, MI 48607 | Motor Vehicle Deficiency | Disputed | 24,226.08 |
| Comprehensive Imaging Association<br>55 East 86th Avenue, Suite A<br>P.O. Box 10645<br>Merrillville, IN 46411-0645 | Comprehensive Imaging Association<br>55 East 86th Avenue, Suite A<br>P.O. Box 10645<br>Merrillville, IN 46411-0645 | Services | Disputed | 879.00 |
| Mariana Gigea MD SC<br>10660 West 143rd Street<br>Suite B<br>Orland Park, IL 60462 | Mariana Gigea MD SC<br>10660 West 143rd Street<br>Suite B<br>Orland Park, IL 60462 | Services | | 455.00 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Taxes | | 8,002.26 |
| Nephrology Specialist PC<br>9201 Calumet Avenue<br>Munster, IN 46321 | Nephrology Specialist PC<br>9201 Calumet Avenue<br>Munster, IN 46321 | Services | | 850.00 |
| Northwestern Medical Faculty Foundation<br>P.O. Box 75494<br>Chicago, IL 60675-5494 | Northwestern Medical Faculty Foundation<br>P.O. Box 75494<br>Chicago, IL 60675-5494 | Services | | 1,142.60 |
| Northwestern Memorial Hospital<br>P.O. Box 73690<br>Chicago, IL 60673-7690 | Northwestern Memorial Hospital<br>P.O. Box 73690<br>Chicago, IL 60673-7690 | Services | | 5,675.25 |
| Parkview Orthopaedic Group<br>7600 West College Drive<br>Palos Heights, IL 60463-1001 | Parkview Orthopaedic Group<br>7600 West College Drive<br>Palos Heights, IL 60463-1001 | Services | | 1,042.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Kenneth L. Biesboer                                                                 Case No.  _____
                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| River East Garage<br>445 East Illinois Street<br>Suite 565<br>Chicago, IL 60611 | River East Garage<br>445 East Illinois Street<br>Suite 565<br>Chicago, IL 60611 | Services | | 675.00 |
| Rush University Medical Center<br>2001 Butterfield Road, Suite 220<br>Downers Grove, IL 60515 | Rush University Medical Center<br>2001 Butterfield Road, Suite 220<br>Downers Grove, IL 60515 | Services | | 588.80 |
| SAMC Emergency Room Physicans<br>36022 Eagle Way<br>Chicago, IL 60678-1360 | SAMC Emergency Room Physicans<br>36022 Eagle Way<br>Chicago, IL 60678-1360 | Services | | 4,931.73 |
| Schiller DuCanto and Fleck LLP<br>200 North LaSalle Street<br>30th Floor<br>Chicago, IL 60601-1089 | Schiller DuCanto and Fleck LLP<br>200 North LaSalle Street<br>30th Floor<br>Chicago, IL 60601-1089 | Services | | 3,538.50 |
| St. Anthony Medical Center<br>35292 Eagle Way<br>Chicago, IL 60678 | St. Anthony Medical Center<br>35292 Eagle Way<br>Chicago, IL 60678 | Services | | 12,261.02 |
| St. Margaret Mercy<br>5454 Hohman Avenue<br>Hammond, IN 46320 | St. Margaret Mercy<br>5454 Hohman Avenue<br>Hammond, IN 46320 | Services | | 2,558.73 |
| St. Margaret Mercy Healthcare<br>35682 Eagle Way<br>Chicago, IL 60678 | St. Margaret Mercy Healthcare<br>35682 Eagle Way<br>Chicago, IL 60678 | Services | | 1,318.00 |
| Ray L. Szarmach<br>260 East 90th Drive<br>Merrillville, IN 46410 | Ray L. Szarmach<br>260 East 90th Drive<br>Merrillville, IN 46410 | Services | | 1,500.00 |
| Thornton Fire Department<br>PO Box 348495<br>Chicago, IL 60643 | Thornton Fire Department<br>PO Box 348495<br>Chicago, IL 60643 | Services | | 730.00 |
| Van Senus Chiropractic Wellness Center<br>221 South Rt. 41, Suite B<br>Saint John, IN 46373 | Van Senus Chiropractic Wellness Center<br>221 South Rt. 41, Suite B<br>Saint John, IN 46373 | Services | | 344.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Kenneth L. Biesboer                                    Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, Kenneth L. Biesboer, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 29, 2008                    Signature   /s/ Kenneth L. Biesboer
                                                      Kenneth L. Biesboer
                                                      Debtor

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Gregory K. Stern 6183380 | X /s/ Gregory K. Stern | December 29, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Kenneth L. Biesboer | X /s/ Kenneth L. Biesboer | December 29, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X _____ | _____ |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

Aurora Chicago Lakeshore Hospital
4840 North Marine Drive
Chicago, IL 60666


Back in Balance Chiropractic
355 North LaGrange Road
La Grange Park, IL 60526


Behavioral HealthCare Associates
1375 East Schaumburg Road
Suite 260
Schaumburg, IL 60194-3658


Renuka H. Bhatt, M.D.S.C.
10811 West 143rd Street
Suite 150
Orland Park, IL 60467-1945


Ronald Biesboer
1165 North East Doubloon
Stuart, FL 34996


Terri Biesboer
19570 Fiona Avenue
Mokena, IL 60448


Terri L. Biesboer
19570 Fiona Avenue
Mokena, IL 60448


Terri L. Biesboer
19570 Fiona Avenue
Mokena, IL 60448


Brasky Feldner & Associates
15300 West Avenue
Suite 11
Orland Park, IL 60462


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Cardmember Services
PO Box 100045
Kennesaw, GA 30156-9245


Christ Hospital and Medical Center
4440 West 95th Street
Oak Lawn, IL 60453-2699


Citizens Banking Corporation
101 North Washington
Saginaw, MI 48607


Comprehensive Imaging Association
55 East 86th Avenue, Suite A
P.O. Box 10645
Merrillville, IN 46411-0645


Countrywide Home Loans
P.O. Box 961206
FTWX - 22
Fort Worth, TX 76161-0206


Creditors Discount & Audit Co.
415 E. Main Street
P.O. Box 213
Streator, IL 61364-0213


Creditors Discount & Audit Co.
415 East Main Avenue
PO Box 213
Streator, IL 61364-0213


Custom Collection Services, Inc.
55 East 86th Avenue, Suite D
P.O. 10428
Merrillville, IN 46411


Designed Receivable Solutions, Inc.
1 Centerpointe Drive
Suite 450
La Palma, CA 90623


Drs Brasky, Feldner & Associates
15300 West Avenue
Suite 111
Orland Park, IL 60462

Executive Financial Company
7577 Miller Road
Swartz Creek, MI 48473


Mariana Gigea MD SC
10660 West 143rd Street
Suite B
Orland Park, IL 60462


Goldstine Skrodzki Russian
Nemec and Hoff, Ltd.
835 McClintock Drive, 2nd Floor
Willowbrook, IL 60527


Grotta & Associates, P.C.
10775 West 163rd Place
Orland Park, IL 60467-8861


Gwendolyn J. Sterk
Goldstine Skrodzki Russian Nemec
835 McClintock Drive, 2nd Floor
Willowbrook, IL 60527


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Ingalls Memorial Hospital
One Ingalls Drive
Harvey, IL 60426


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Charles E. Kaegi MD
4801 West Peterson #217
Chicago, IL 60646


Lake Imaging LLC
55 East 86th Avenue, Suite A
P.O. Box 10645
Merrillville, IN 46411-0645

Arshad P. Malik, M.D.
8560 Broadway
Merrillville, IN 46410


Midwest Diagnostic Pathology
75 Remittance Drive, Suite 3070
Chicago, IL 60675-3070


MiraMed Revenue Group, Llc
PO Box 536
Linden, MI 48451-0536


Nephrology Specialist PC
9201 Calumet Avenue
Munster, IN 46321


Northern Credit Bureau
P.O. Box 478
Petoskey, MI 49770


Northern Michigan Emergency Physicians
c/o Northern Credit Bureau
PO Box 478
Petoskey, MI 49770-0478


Northern Michigan Hospital
416 Connable Avenue
Petoskey, MI 49770


Northwestern Medical Faculty Foundation
P.O. Box 75494
Chicago, IL 60675-5494


Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673-7690


Old Second National Bank
20201 South LaGrange Road
Frankfort, IL 60423


Omnicare, Inc.
100 East River Center Boulevard
Suite 700
Covington, KY 41011

Orthopaedic Associates of Chicago, Ltd.
676 North St. Clair
Suite 450
Chicago, IL 60611


OSI Collection Services, Inc.
P.O. Box 922
Brookfield, WI 53008-0922


Parkview Orthopaedic Group
7600 West College Drive
Palos Heights, IL 60463-1001


Pathology Consultants
P.O. Box 583
Michigan City, IN 46361-0583


Pathology Consultants
2020 Lindell Avenue
Nashville, TN 37203


Pellettieri & Associates, P.C.
P.O. Box 536
Linden, MI 48451-0536


Pellettieri & Associates, P.C.
991 Oak Creek Drive
Lombard, IL 60148


Quest Diagnostics Incorporated
P.O. Box 78874
Phoenix, AZ 85062-8874


Qwest Diagnostics
P.O. Box 9050
Denver, CO 80209-0050


Revenue Production Management, Inc.
PO Box 830913
Birmingham, AL 35283-0913


Richard P. Komyatte & Associates, P.C.
9650 Gordon Drive
Highland, IN 46322

```
River East Garage
445 East Illinois Street
Suite 565
Chicago, IL 60611


Rush University Medical Center
2001 Butterfield Road, Suite 220
Downers Grove, IL 60515


Elaine A. Sachnoff, P.h.D.
1206 Hinman Avenue
Evanston, IL 60202


SAMC Emergency Room Physicans
36022 Eagle Way
Chicago, IL 60678-1360


Schiller DuCanto and Fleck LLP
200 North LaSalle Street
30th Floor
Chicago, IL 60601-1089


Thomas C. Sonneveld DDS
9641 West 153rd Street
Suite 50
Orland Park, IL 60462


St. Anthony Medical Center
35292 Eagle Way
Chicago, IL 60678


St. Anthony Medical Center
1201 South Main Street
Crown Point, IN 46307-8483


St. Margaret Mercy
5454 Hohman Avenue
Hammond, IN 46320


St. Margaret Mercy Healthcare
35682 Eagle Way
Chicago, IL 60678
```

```
Superior Care Pharmacy
2280 W. Alexander Street
Salt Lake City, UT 84119-2051


Ray L. Szarmach
260 East 90th Drive
Merrillville, IN 46410


Thornton Fire Department
PO Box 348495
Chicago, IL 60643


Van Senus Chiropractic Wellness Center
221 South Rt. 41, Suite B
Saint John, IN 46373


Wellness Group Heatlh Partners
333 Dixie Highway
Chicago Heights, IL 60411
```