# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.:  08 B 35834 |
| KENNETH BIESBOER, | ) | Honorable Carol A. Doyle |
| | ) | Objection Deadline:  November 9, 2009 @ 4:00 p.m. |
| Debtor. | ) | |
| | ) | **Hearing Date:    November 12, 2009** |
| | ) | **Hearing Time:  10:00 a.m.** |
| | ) | |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, November 12, 2009, at 10:00 a.m., we shall appear before the Hon. Carol A. Doyle, or such other judge as may be sitting in her stead, in Courtroom 742 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Fee Application Of Frances Gecker and Frank/Gecker LLP.**

Respectfully submitted,

FRANCES GECKER, not individually but as Examiner of the estate of Kenneth Biesboer

By:_____/s/ _Frances Gecker_____

Frances Gecker (ARDC #6198450)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

Dated:  October 19, 2009

{BIESBOER / 001 / 00019730.DOC /}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.:  08 B 35834 |
| KENNETH BIESBOER, | ) | Honorable Carol A. Doyle |
| | ) | Objection Deadline: November 9, 2009 @ 4:00 p.m. |
| Debtor. | ) | |
| | ) | **Hearing Date:    November 12, 2009** |
| | ) | **Hearing Time: 10:00 a.m.** |
| | ) | |
| | ) | |

**FIRST AND FINAL FEE APPLICATION**
**OF FRANCES GECKER AND FRANK/GECKER LLP**

Frances Gecker, not individually but as the court-appointed examiner (the "Examiner"), for the estate of Kenneth Biesboer ("Biesboer" or "Debtor"), hereby submits this first and final fee application (the "Application") for compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) for legal services performed and expenses incurred during the period commencing June 4, 2009 through and including October 6, 2009 (the "Application Period"), as Examiner in this proceeding.   In support hereof, the Examiner respectfully represents as follows:

INTRODUCTION

On June 4, 2009, the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") entered an order granting the application of the United States Trustee to appoint an examiner in the Chapter 11 bankruptcy case of Kenneth Biesboer (the "Debtor") and approving the appointment of Frances Gecker as Examiner (the "Examiner").   The Bankruptcy Court further ordered "that the Examiner shall investigate, including but not limited to, the reasonableness of the terms of the proposed sale from the Debtor to the Foxes of the Biesboer Claims and the Debtor's interests in the Brites Corporations, as those terms are defined in the motion and file a written report with this Court by August 4, 2009." Order, Docket No. 179.  Subsequently, the Bankruptcy Court entered an order striking the deadline for the

written report and continuing the status hearing to September 17, 2009. Order, Docket No. 224. The Bankruptcy Court further extended the status hearing to October 6, 2009. Order, Docket No. 245. The Examiner filed her report on September 23, 2009.

This Application sets forth in detail the work performed by the Examiner and her counsel and the time spent between June 4, 2009 and October 6, 2009. To aid the Court in its review of the Application, Frances Gecker has divided the Application into three parts. Part I describes the practical and legal issues encountered by the Examiner, and the actions taken and results obtained by the Examiner. Part II describes counsel's qualifications and areas of special expertise. Part III describes the manner in which the fees and costs were calculated.

## I.   SERVICES PERFORMED

The Examiner was ordered to evaluate the reasonableness of the sale to the Debtor's sister and brother-in-law (the "Foxes") of the Debtor's minority interest in inter-related family businesses. The sale to the Foxes also included the sale of all causes of action against the Foxes that had been asserted in a suit filed by the Debtor's wife, Terri Biesboer. To aid in the performance of her duties, the Examiner retained her firm, Frank/Gecker LLP.

The Examiner and her counsel requested and received documents from Terri Biesboer and the Foxes, as well as position statements from each. The Examiner and her counsel reviewed 21 boxes of documents; numerous electronic files; tax returns, financial statements and receivables for the businesses in which the Foxes hold an interest; equipment appraisals; and pleadings in both the bankruptcy case and the divorce case between the Debtor and Terri Biesboer. The Examiner and her counsel also researched and analyzed the legal issues raised in the causes of action to be sold to the Foxes. The Examiner also reviewed and analyzed the valuations and methodologies of her financial advisor, Conway MacKenzie. Finally, the Examiner and her counsel analyzed the facts and the law. The Examiner drafted a detailed report

{BIESBOER / 001 / 00019730.DOC /}

that concluded the value of the assets the Debtor proposes to sell to the Foxes is approximately $1.1 million. The Examiner and her counsel spent 113.70 hours at a cost of $50,795.50

## II.   ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

A.   Frances Gecker (FG) is a partner at Frank/Gecker LLP. Ms. Gecker is a 1988 graduate of Northwestern University School of Law (magna cum laude), where she was a member of the Editorial Board of the Northwestern Law Review and was elected to the Order of the Coif. Ms. Gecker specializes in bankruptcy, financial restructuring and corporate finance.

B.   Micah R. Krohn (MRK) is senior counsel at Frank/Gecker LLP. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz. Mr. Krohn assisted the Examiner in reviewing and analyzing documents.

C.   William Cross (WC) is an associate at Frank/Gecker LLP. Mr. Cross assisted the Examiner in legal research.

## III.   CALCULATION OF TIME AND FEES

This is the First and Final Application of the Examiner and Frank/Gecker LLP for compensation and reimbursement of expenses. It covers the period from June 4, 2009 to and including October 6, 2009. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Examiner and estate of Biesboer. No agreement or understanding exists between Frances Gecker and any other person for the sharing of compensation received or to be received in connection with the case of Biesboer, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, the attorneys and paralegals at F/G have spent a total of 113.70 hours providing necessary legal services for the Examiner. As a result, they request compensation in the amount of $50,795.00 for actual, necessary legal services performed

-3-

{BIESBOER / 001 / 00019730.DOC /}

(Exhibit A). The average hourly rate is $446.74. In addition, counsel has expended the sum of $40.40 for actual, necessary expenses incurred in representing the Examiner (Exhibit B).

In preparing this fee application, the Examiner has calculated the amount of time spent by each attorney in performing actual, necessary legal services for the Examiner. The data used came directly from computer printouts which are kept on each client. The hourly rates charged are the regular hourly rates charged by counsel to its clients. Counsel worked to avoid any duplication of efforts between parties, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement. Multiple representation in analogous circumstances has been approved. *See Berberena v. Coler*, 753 F.2d 629 (7th Cir. 1985); *In re Washington Manufacturing Co.*, 101 B.R. 944 (Bankr. M.D. Tenn. 1989); *In re N-Ren Corp.*, 71 B.R. 488 (Bankr. S.D. Ohio 1987).

The Examiner also incurred out-of-pocket expenses which are listed in the attached Exhibit B. The expenses incurred during this period were primarily messenger charges.

The Examiner does not bill clients or seek compensation in this fee application for overhead expenses, including word processing, photocopying, long distance telephone, or computer research.

No compensation has been promised other than as disclosed or approved by this Court. The Examiner certifies that there is no agreement with any other party regarding the sharing of fees except with this Examiner's general partners. Finally, counsel represents that it is and remains a disinterested party and does not hold any adverse relationship with this estate.

WHEREFORE, the Examiner, respectfully requests that this Court enter an Order:

A.      Allowing Frank/Gecker LLP reasonable compensation for actual, necessary legal services in the amount of $50,795.00;

-4-

{BIESBOER / 001 / 00019730.DOC /}

B.    Allowing Frank/Gecker LLP reimbursement of actual, necessary expenses in the amount of $40.40;

C.    Authorizing and directing the Debtor to pay Frank/Gecker LLP total compensation in the amount of $50,835.90, as funds are available; and

D.    Granting such other relief as the Court deems just and equitable.

Respectfully submitted,

FRANCES GECKER, not individually but as Examiner of the estate of Kenneth Biesboer

By:      */s/ Frances Gecker*

Frances Gecker (ARDC #6198450)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60654
(312) 276-1400
(312) 269-0035 (fax)

Dated:  October 19, 2009

-5-

{BIESBOER / 001 / 00019730.DOC /}

## CERTIFICATE OF SERVICE

I, Frances Gecker, hereby certify that service of the **First and Final Fee Application Of**

**Frances Gecker and Frank/Gecker LLP** was made on all parties identified as Registrants

through the Court's Electronic Notice for Registrants before the hour of 4:00 p.m. on October 19,

2009.

# Mailing Information for Case 08-35834

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Howard L. Adelman    hla@ag-ltd.com
- Brian M. Dougherty    bmd@gsrnh.com
- Frances Gecker    fgecker@fgllp.com
- James Hausler    james.e.hausler@gmail.com
- Michael W Huseman    joanb@dreyerfoote.com,
  ppatricoski@dreyerfoote.com;mhuseman@dreyerfoote.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Monica C O'Brien    gstern1@flash.net
- Nathan Q. Rugg    nqr@ag-ltd.com
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Eric G Zelazny    Eric@zelaznylaw.com

The pleading was also served upon Gretchen Silver via email at Gretchen.silver@usdoj.gov.

*/s/ Frances Gecker*

{BIESBOER / 001 / 00019730.DOC /}