IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.: 08 B 35834 |
| KENNETH BIESBOER, | ) | Honorable Carol A. Doyle |
| | ) | Objection Deadline: November 9, 2009 @ 4:00 p.m. |
| Debtor. | ) | |
| | ) | **Hearing Date:** November 12, 2009 |
| | ) | **Hearing Time:** 10:00 a.m. |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, November 12, 2009, at 10:00 a.m, we shall appear before the Hon. Carol A. Doyle, or such other judge as may be sitting in her stead, in Courtroom 742 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Fee Application Of Conway MacKenzie, Inc.**

Respectfully submitted,

FRANCES GECKER, not individually but as Examiner of the estate of Kenneth Biesboer

By: /s/ *Frances Gecker*

Frances Gecker (ARDC #6198450)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

Dated: October 19, 2009

{BIESBOER / 001 / 00019732.DOC /}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KENNETH BIESBOER, | ) Case No. 08 B 35834 |
| | ) |
| Debtor. | ) Hon. Carol A. Doyle |

**FIRST AND FINAL APPLICATION OF CONWAY MACKENZIE, INC.
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES ROBERT F. REMIAN AND CONWAY MACKENZIE, INC. ("CM&D") and requests that this Court enter an order allowing compensation for services rendered as financial advisor and related professional services for the Examiner for the period from July 14, 2009 through October 5, 2009 (the "Application Period"), and in support thereof, states as follows:

1. That on or about December 31, 2008 a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") was filed by Kenneth Biesboer (the "Debtor").

2. That on or about July 14, 2009, this Court entered an order ("Retention Order") pursuant to Local Rule 5.03 of the Bankruptcy Code authorizing the Examiner to retain CM&D to render financial advisory services as deemed necessary in this case. A copy of that order is attached hereto as Exhibit A.

3. That in this Application of CM&D for Compensation (the "Application"), CM&D seeks fees for professional services rendered during the Application Period in the amount of $28,730.50, and reimbursement of expenses in the amount of $14.00. During the Application Period, CM&D expended a total of 72.6 hours of professional and paraprofessional services on behalf of the Examiner. This fee application is the first and final fee application filed by CM&D in this case.

4. That CM&D has presented the services rendered by naming each person who performed the activity, the number of hours spent by such person, and a description of the work performed. Their tenth-hour detailed statement of services are attached as Exhibit C to the Application and are summarized in Exhibit B attached hereto.

5. That in rendering the services described in Exhibit B, CM&D has expended a total of 72.6 hours. An overall billing summary attached as Exhibit D hereto sets forth the hourly rates during the Application Period for the CM&D personnel that performed services for the Examiner. Applying the comparable hourly rates of CM&D and other consulting firms in nonbankruptcy matters to the time spent by CM&D in this matter, CM&D is entitled to fees for professional and paraprofessional services rendered during the Application Period in the amount of $28,730.50. See Exhibit D, which also includes a summary of hours by person. An award in this amount would result in an effective billing rate of $395.74 per hour.

6. That in addition to the time expended as described in Exhibit B, CM&D incurred expenses during the Application Period in the sum of $14.00.

7. That other than as provided in §504(b) of the Bankruptcy Code, CM&D has not shared or agreed to share, any compensation received as a result of this case with any person, firm, or entity. No promises concerning compensation have been made to CM&D by any person, firm, or entity. The sole and exclusive source of compensation shall be funds of this estate.

8. That CM&D asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent, and value of such services. CM&D further asserts that the cost of services rendered for and on behalf of the Examiner is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

WHEREFORE, CONWAY MACKENZIE, INC. prays for the entry of an order (i) approving all fees in the amount of $28,730.50, and all expenses in the amount of $14.00, and (ii) allowing a payment to CM&D in the amount of $28,744.50.

CONWAY MACKENZIE, INC.

Robert F. Remian
Managing Director

Subscribed to before me

this 5th day of October, 2009:

Notary Public

Official Seal
Kathryn T Padley-Bolo
Notary Public State of Illinois
My Commission Expires 07/09/2011

## CERTIFICATE OF SERVICE

I, Frances Gecker, hereby certify that service of the **First and Final Application Of Conway MacKenzie, Inc.** was made on all parties identified as Registrants through the Court's Electronic Notice for Registrants before the hour of 4:00 p.m. on October 19, 2009.

# Mailing Information for Case 08-35834

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Howard L. Adelman    hla@ag-ltd.com
- Brian M. Dougherty    bmd@gsrnh.com
- Frances Gecker    fgecker@fgllp.com
- James Hausler    james.e.hausler@gmail.com
- Michael W Huseman    joanb@dreyerfoote.com, ppatricoski@dreyerfoote.com;mhuseman@dreyerfoote.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Monica C O'Brien    gstern1@flash.net
- Nathan Q. Rugg    nqr@ag-ltd.com
- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- Eric G Zelazny    Eric@zelaznylaw.com

The pleading was also served upon Gretchen Silver via email at Gretchen.silver@usdoj.gov.

/s/ *Frances Gecker*

{BIESBOER / 001 / 00019732.DOC /}