IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KENNETH L. BIESBOER, | ) | Case No. 08 B 35834 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**FINAL REPORT AND ACCOUNTING FOLLOWING
CONVERSION OF CHAPTER 11 PROCEEDING**

ADMINISTRATIVE EXPENSES §507(A)(1)

| | | |
|---|---|---|
| 1. | Examiner Commissions | $ 79,556.40 |
| 2. | Attorney's Fees for Debtor in Possession | $145,151.51 |
| 3. | Attorney's Fees for Debtor's Special Counsel | $ 11,721.00 |
| 4. | Fees paid to the United States Trustee | $   7,194.16 |

PAYMENTS TO CREDITORS

| | | |
|---|---|---|
| 5. | Domestic Support Obligations | $144,725.00 |
| 6. | Payments to Wife's Divorce Attorney | $ 90,000.00 |
| 7. | Payments to governmental units for Taxes | $189,203.00 |

TOTAL DISTRIBUTIONS

| | | |
|---|---|---|
| 8. | Total of payments during Chapter 11 | $667,551.07 |

BANK ACCOUNT INFORMATION

| | | |
|---|---|---|
| 9. | Total Balance in All Accounts as of Conversion: | $471,337.71 |

Debtor in Possession Accounts:
Northern Trust
50 South LaSalle Street
Chicago, Illinois 60675
MMDA ending 8796 and Investment Account ending 0005

                                                      /s/ Kenneth L. Biesboer
                                                KENNETH L BIESBOER, Debtor

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558