# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BIESBOER, KEN | § | Case No. 08-35834 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/MICHAEL G. BERLAND_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-35834 | CAD | Judge: Carol A. Doyle | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BIESBOER, KEN | | | Date Filed (f) or Converted (c): | 12/22/11 (c) |
| | | | | 341(a) Meeting Date: | 03/01/12 |
| For Period Ending: | 07/10/14 | | | Claims Bar Date: | 06/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. tr | 0.00 | 470,845.03 | | 470,845.03 | FA |
| Balance from Chapter 11 account 23-90005 from liquidation of debtor's interests in certain businesses, while in Chapter 11 | | | | | |
| 2. Northern Trust 3800948796 | 0.00 | 501.55 | | 501.55 | FA |
| Balance from Chapter 11 account 3800948796 from liqudiation of certain businesses, while in Chapter 11 | | | | | |
| 3. 19570 Fiona, Mokena, Illinois | 380,000.00 | 0.00 | | 0.00 | FA |
| House went into foerclosure. No payments for 4 years | | | | | |
| 4. Cash | 28.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 0.00 | 0.00 | | 0.00 | FA |
| 6. Couch, bed etc | 100.00 | 0.00 | | 0.00 | FA |
| 7. Harley Davidson T shirt collection | 0.00 | 0.00 | | 0.00 | FA |
| 8. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Rolex, rings, bracelet | 0.00 | 0.00 | | 0.00 | FA |
| 10. Hockey equipment, bicycles | 250.00 | 0.00 | | 0.00 | FA |
| 11. AK 47, 9mm pistols etc | 250.00 | 0.00 | | 0.00 | FA |
| 12. Brites Cartage LTD 401k | 0.00 | 0.00 | | 0.00 | FA |
| 13. Teamsters Local 786 Severance Funds | 16,800.00 | 0.00 | | 0.00 | FA |
| 14. Brites Cartage Ltd  40% shareholder | 0.00 | 0.00 | | 0.00 | FA |
| 15. Brites transportation 50% shareholder | 0.00 | 0.00 | | 0.00 | FA |
| 16. Brites Equipment | 0.00 | 0.00 | | 0.00 | FA |
| 17. Ken Biesboer Ltd | 0.00 | 0.00 | | 0.00 | FA |
| 18. Auto accident claims | 0.00 | 0.00 | | 0.00 | FA |
| No value to the case. Matter resolved without payment of anything other than debtor's medical costs. | | | | | |
| 19. Interest In re marriage of Terri Bieesboer Claim | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 08-35834 | CAD | Judge: Carol A. Doyle | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | BIESBOER, KEN | | | Date Filed (f) or Converted (c): | 12/22/11 (c) |
| | | | | 341(a) Meeting Date: | 03/01/12 |
| | | | | Claims Bar Date: | 06/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| A pre-trial conference was hed in the state court and the judge determrined the amount owed to Terri, the debtor's wife, exceed any amount the debtor coudl claim. The amout owed to Terri, based on the trial judge's deterrmination, did not even include the attonreys fees owed to her attorneys,, which were part of the claim. | | | | | |
| 20. 2000 Hummer Wagon | 25,000.00 | 26,000.00 | | 26,000.00 | FA |
| 21. 2004 9201 International Tractor | 10,000.00 | 0.00 | | 0.00 | FA |
| 22. 1974 Porsche | 3,000.00 | 0.00 | | 0.00 | FA |
| 23. 1972 Harely Davidson Scrambler | 1,000.00 | 0.00 | | 0.00 | FA |
| 24. 1960 Honda Elsner | 500.00 | 0.00 | | 0.00 | FA |
| 25. Hang glider | 800.00 | 0.00 | | 0.00 | FA |
| 26. Miscellenous hand tools, air compressor etc | 5,000.00 | 0.00 | | 0.00 | FA |
| 27. Storage trailer (u) | Unknown | 2,600.00 | | 2,600.00 | FA |
| 28. Honda dirt bike (u) | 0.00 | 2,200.00 | | 2,200.00 | FA |
| 29. Midwest Operating Engineers Pension | 2,992.71 | 0.00 | | 0.00 | FA |
| 30. Refudn from Kuhn, Mitchell, Mosss et al (u) | 0.00 | 1,574.91 | | 1,574.91 | FA |
| Refund of costs which were included in check wirtten for fees and costs | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.03 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $446,720.71 | $503,721.49 | | $503,722.52 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The case was assigned to the trustee late in 2011 after the case was conveted from Chapter 11 to Chapter 7. The Trustee

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-35834 CAD Judge: Carol A. Doyle | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | BIESBOER, KEN | Date Filed (f) or Converted (c): 12/22/11 (c) |
| | | 341(a) Meeting Date: 03/01/12 |
| | | Claims Bar Date: 06/01/12 |

employed special counsel for himsel in connection with the debtor's non filing spouse seeking all monies in Trustee
bank account. The debtor had a pending dissloution of mariage suit pending for many years . The Trustee received checks
from the Chapter 11 case, which related to certain busiiness interest in which the debtor had an interest. The Trustee
filed a Motion To Employ Special Counsel, which was approved. The Trustee objectied to ceriain claims and the objections
were sustained. The Trustee sold 3 items at auction, recieved the money from the auction sale, and filed a Report of
Sale with the court. The trustee has filed tax returns .

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 06/30/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-35834 -CAD | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BIESBOER, KEN | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3065 Money Market Account |
| Taxpayer ID No: | *******4758 | | | |
| For Period Ending: | 07/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/12 | 1 | Northern Trust | Payment of balance from account 23-90005-Ch 11 account | 1129-000 | 470,845.03 | | 470,845.03 |
| | | | DEPOSIT CHECK #T6262562 | | | | |
| 01/13/12 | 2 | Northern Trust | Balance in account 3800948796 | 1129-000 | 501.55 | | 471,346.58 |
| | | | DEPOSIT CHECK #113124 | | | | |
| 01/25/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 1.03 | | 471,347.61 |
| 01/25/12 | | Transfer to Acct #*******5312 | Bank Funds Transfer | 9999-000 | | 471,347.61 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 471,347.61 | 471,347.61 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 471,347.61 | |
| Subtotal | 471,347.61 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 471,347.61 | 0.00 | |

Page Subtotals   471,347.61   471,347.61

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 08-35834 -CAD | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BIESBOER, KEN | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3066  Checking Account |
| Taxpayer ID No: | *******4758 | | |
| For Period Ending: | 07/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

**FORM 2**     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit B

| | |
|---|---|
| Case No: | 08-35834 -CAD |
| Case Name: | BIESBOER, KEN |
| Taxpayer ID No: | *******4758 |
| For Period Ending: | 07/10/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3067 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 08-35834 -CAD | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BIESBOER, KEN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5312  Checking Account |
| Taxpayer ID No: | *******4758 | | | |
| For Period Ending: | 07/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3065 | Bank Funds Transfer | 9999-000 | 471,347.61 | | 471,347.61 |
| * 03/27/12 | 001001 | Jonathan Pierce | Payment of exemption per court orde | 8100-003 | | 15,000.00 | 456,347.61 |
| * 03/27/12 | 001001 | Jonathan Pierce | Payment of exemption per court orde | 8100-003 | | -15,000.00 | 471,347.61 |
| | | | Issued in error to wrong account. Reversed before check sent out | | | | |
| * 03/27/12 | 001002 | Collison & O'Connor | Payment of special counsel attorney fee per court order | 3210-003 | | 18,333.33 | 453,014.28 |
| * 03/27/12 | 001002 | Collison & O'Connor | Payment of special counsel attorney | 3210-003 | | -18,333.33 | 471,347.61 |
| | | | Isused in error to wrong account. Reversed before check sent out | | | | |
| 02/21/13 | 001003 | Gregory Stern | Payment of Cahpter 11 adminsitrativ claim per court order | 6210-000 | | 6,613.36 | 464,734.25 |
| 03/08/13 | | Congressional Bank | Bank service fee | 2600-000 | | 450.39 | 464,283.86 |
| 04/16/13 | * NOTE * | American Auction Axssociates | Sales proceeds from auction sale * NOTE *  Properties 20, 27, 28 | 1129-000 | 30,800.00 | | 495,083.86 |
| 04/22/13 | | Congressional Bank | | 2600-000 | | 493.01 | 494,590.85 |
| 05/09/13 | | Congressional Bank | Bank service fee | 2600-000 | | 491.62 | 494,099.23 |
| 05/23/13 | 001004 | American Auction Associates | Payment of auctioneer per court order | 3610-000 | | 1,467.48 | 492,631.75 |
| 05/23/13 | 001005 | Ken Biesboer | Payment for exemption In Hummer per court order | 8100-000 | | 2,400.00 | 490,231.75 |
| 06/04/13 | | Congressional Bank | Bank fee | 2600-000 | | 524.64 | 489,707.11 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 503.67 | 489,203.44 |
| 08/01/13 | 001006 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 488,703.44 |
| 08/05/13 | | Congressional Bank | Bank service fee | 2600-000 | | 519.43 | 488,184.01 |
| 08/20/13 | 001007 | Cherny Law Offices P.C. | Payment of special counsel per court order | 3210-000 | | 6,517.50 | 481,666.51 |

Page Subtotals      502,147.61      20,481.10

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 9)*      Ver: 17.04c

FORM 2                                                                                                   Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit B

| Case No: | 08-35834 -CAD | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BIESBOER, KEN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5312 Checking Account |
| Taxpayer ID No: | *******4758 | | |
| For Period Ending: | 07/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/20/13 | 001008 | Cherny Law Offices P.C. | Payment of special counsel expenses per court order | 3220-000 | | 125.00 | 481,541.51 |
| 09/11/13 | 001009 | Kuhn.Mitchell, Moss, Mork & Lechowicz L.C.C. | Paymebt Of Adminstrative legal fee per court order | 2990-000 | | 17,448.41 | 464,093.10 |
| 09/11/13 | 001010 | Kuhn, Mitchell, Moss Mork & Lechowitz LLC | Payment of admisntrative expenses per court order | 2990-000 | | 1,574.91 | 462,518.19 |
| 05/05/14 | 30 | Kuhn, Mitchel,Moss et al | Refunds of costs | 1229-000 | 1,574.91 | | 464,093.10 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 503,722.52 | 39,629.42 | 464,093.10 |
| Less: Bank Transfers/CD's | 471,347.61 | 0.00 | |
| Subtotal | 32,374.91 | 39,629.42 | |
| Less: Payments to Debtors | | 2,400.00 | |
| Net | 32,374.91 | 37,229.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3065 | 471,347.61 | 0.00 | 0.00 |
| Checking Account - ********3066 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********3067 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5312 | 32,374.91 | 37,229.42 | 464,093.10 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 503,722.52 | 37,229.42 | 464,093.10 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        1,574.91           19,148.32

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 10, 2014 |
|---|---|---|---|---|---|---|

Case Number: 08-35834  
Debtor Name: BIESBOER, KEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3620-00 | American Auction Services | Administrative | | $1,467.48 | $1,467.48 | $0.00 |
| 001<br>3210-60 | Cherny Law Offcies | Administrative | | $6,517.50 | $6,517.50 | $0.00 |
| 001<br>3220-61 | Cherny Law Offices | Administrative | | $125.00 | $125.00 | $0.00 |
| 001<br>2100-00 | MICHAEL G. BERLAND<br>1North LaSalle<br>SUITE 1775<br>CHICAGO, IL 60602 | Administrative | | $8,000.00 | $0.00 | $8,000.00 |
| 001<br>2200-00 | Michael Berland | Administrative | | $704.00 | $0.00 | $704.00 |
| 000024<br>999<br>2990-00 | Kuhn Mitchell Moss Mork & Lechowicz, LLC<br>Attn: William D Cherny<br>111 E Jefferson Ave<br>Naperville, IL 60540 | Administrative | | $17,448.41 | $17,448.41 | $0.00 |
| 27<br>999<br>2990-00 | Gregory Stern | Administrative | | $6,613.36 | $6,613.36 | $0.00 |
| 000008A<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $956.92 | $0.00 | $956.92 |
| 000022<br>039<br>5100-00 | Terri Biesboer<br>Goldstine Skrodzki Russian Nemec and Hoff Ltd<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527 | Priority | | $0.00 | $0.00 | $0.00 |
| 000023A<br>030<br>5100-00 | Terri Biesboer<br>Goldstine Skrodzki Russian Nemec and Hoff Ltd<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527 | Priority | | $663,487.50 | $0.00 | $663,487.50 |
| 070<br>7100-90 | Cardiac Care Associates<br>1205 S. Main, suite 101<br>Crown Point Point, Indiana | Unsecured | | $100.00 | $0.00 | $100.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 10, 2014 |

Case Number: 08-35834
Debtor Name: BIESBOER, KEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 070<br>7100-00 | Comprehensvie Imagiing<br>55 E 86th Street, Suite A<br>POB 10645<br>Meerrivville, Inidana | Unsecured | | $861.00 | $0.00 | $861.00 |
| 000001<br>070<br>7100-00 | Custom Collection Services, Inc.<br>55 East 86th Avenue, Suite D<br>P.O. 10428<br>Merrillville, IN 46411 | Unsecured | | $948.00 | $0.00 | $948.00 |
| 000002<br>070<br>7100-00 | Schiller DuCanto and Fleck LLP<br>200 North LaSalle Street<br>30th Floor<br>Chicago, IL 60601-1089 | Unsecured | | $3,538.50 | $0.00 | $3,538.50 |
| 000004<br>070<br>7100-00 | CAPITAL ONE<br>Client Services Inc.<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-4047 | Unsecured | | $11,606.14 | $0.00 | $11,606.14 |
| 000005<br>070<br>7100-00 | Kubs Capital, LLC c/o<br>F, K & M Law Offices, LLC<br>1920 Thoreau Drive<br>Suite 114<br>Schaumburg IL 60173 | Unsecured | | $21,025.30 | $0.00 | $21,025.30 |
| 000007<br>070<br>7100-00 | Citizens Bank<br>101 North Washington<br>Saginaw, MI 48607 | Unsecured | | $28,964.31 | $0.00 | $28,964.31 |
| 000008B<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $178.36 | $0.00 | $178.36 |
| 000010<br>070<br>7100-00 | D&E Transport, Inc.<br>c/o Nathan Q. Rugg, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604 | Unsecured | | $71,745.00 | $0.00 | $71,745.00 |
| 000011<br>070<br>7100-00 | Brites Cartage<br>c/o Nathan Q. Rugg, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604 | Unsecured | | $166,716.85 | $0.00 | $166,716.85 |
| 000012<br>070<br>7100-00 | Robert & Donna Fox<br>c/o Nathan Q. Rugg, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson, Suite 1050<br>Chicago, IL 60604 | Unsecured | | $9,000.00 | $0.00 | $9,000.00 |
| 000013<br>070<br>7100-00 | JULIE C WASSO<br>%LOUIS E SICILIANO, CHARTERED<br>2050 RIDGE ROAD | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 10, 2014 |

Case Number:  08-35834  
Debtor Name:  BIESBOER, KEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | HOMEWOOD IL 60430 | | | | | |
| 000014 070 7100-00 | BERTHA BIESBOER<br>% LOUIS E SICILIANO, CHARTERED<br>2050 RIDGE ROAD<br>HOMEWOOD IL 60430 | Unsecured | | $17,689.92 | $0.00 | $17,689.92 |
| 000015 070 7100-00 | RONALD L BIESBOER<br>% LOUIS E SICILIANO, CHARTERED<br>2050 RIDGE ROAD<br>HOMEWOOD IL 60430 | Unsecured | | $152,448.41 | $0.00 | $152,448.41 |
| 000016 070 7100-00 | GROTTA & ASSOCIATES PC<br>THOMAS E GROTTA<br>10775 W 163RD PLACE<br>ORLAND PARK IL 60467 | Unsecured | | $6,839.15 | $0.00 | $6,839.15 |
| 000018 070 7100-00 | Grotta & Associates, P.C.<br>10775 West 163rd Place<br>Orland Park, IL 60467-8861 | Unsecured | | $10,013.95 | $0.00 | $10,013.95 |
| 000019 070 7100-00 | JULIE C WASSO<br>%LOUIS E SICILIANO, CHARTERED<br>2050 RIDGE ROAD<br>HOMEWOOD IL 60430 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000020 070 7100-00 | BERTHA BIESBOER<br>% LOUIS E SICILIANO, CHARTERED<br>2050 RIDGE ROAD<br>HOMEWOOD IL 60430 | Unsecured | | $17,789.92 | $0.00 | $17,789.92 |
| 000021 070 7100-00 | BERTHA BIESBOER<br>% LOUIS E SICILIANO, CHARTERED<br>2050 RIDGE ROAD<br>HOMEWOOD IL 60430 | Unsecured | | $152,477.93 | $0.00 | $152,477.93 |
| 30 070 7100-00 | Sisters of St. Francis Health Services<br>POB 660383<br>Indianapois, Inidana 46266 | Unsecured | | $4,608.00 | $0.00 | $4,608.00 |
| 32 070 7100-00 | Regioanal Mental Health Center<br>c/o Germinus Copr<br>8400 Louisiana Street<br>Merriville, Indiana 46410 | Unsecured | | $15.00 | $0.00 | $15.00 |
| 33 070 7100-00 | Medical Specialists P.C.<br>757 45th Street,Suite 201<br>Munster, Indiana 46321 | Unsecured | | $840.00 | $0.00 | $840.00 |
| 35 070 7100-00 | Neuroligical Institute & Specialty Cent<br>521 E. 86th avenue,Suite Z<br>Merriville, Inidana | Unsecured | | $875.00 | $0.00 | $875.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 10, 2014 |

Case Number:  08-35834  
Debtor Name:  BIESBOER, KEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 36<br>070<br>7100-00 | Anesthesia Consultants of Indiana<br>POB 3230<br>Munster, Indiana 46321 | Unsecured | | $678.00 | $0.00 | $678.00 |
| 37<br>070<br>7100-00 | St Margaret Mercy Medical<br>3831 Hohman Avenue<br>Hammond, Indiana 46327 | Unsecured | | $250.00 | $0.00 | $250.00 |
| 000003<br>050<br>4110-00 | America's Wholesale Lender<br>c/o Countrywide Home Loans Servicing, L.<br>2380 Performance Drive, Bldg C<br>Mail Stop: RGV-C-32<br>Richardson, TX 75082 | Secured | | $157,078.66 | $0.00 | $157,078.66 |
| 000006<br>050<br>4110-00 | Old Second National Bank<br>37 S RIVER ST<br>AURORA IL 60506 | Secured | | $98,072.07 | $0.00 | $98,072.07 |
| 000009 | Gwendolyn J. Sterk<br>Goldstine Skrodzki Russian Nemec<br>835 McClintock Drive, 2nd Floor<br>Willowbrook, IL 60527 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000017 | Terri Biesboer<br>Goldstine Skrodzki Russian Nemec and Hoff Ltd<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $1,659,679.64 | $32,171.75 | $1,627,507.89 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-35834
Case Name: BIESBOER, KEN
Trustee Name: MICHAEL G. BERLAND

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | America's Wholesale Lender | $ | $ | $ | $ |
| 000006 | Old Second National Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |
| Auctioneer Expenses: American Auction Services | $ | $ | $ |
| Other: Kuhn Mitchell Moss Mork & Lechowicz, LLC | $ | $ | $ |
| Other: Gregory Stern | $ | $ | $ |
| Other: Cherny Law Offcies | $ | $ | $ |
| Other: Cherny Law Offices | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | Department of the Treasury | $ | $ | $ |
| 000023A | Terri Biesboer | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Custom Collection Services, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Schiller DuCanto and Fleck LLP | $ | $ | $ |
| 000004 | CAPITAL ONE | $ | $ | $ |
| 000005 | Kubs Capital, LLC c/o | $ | $ | $ |
| 000007 | Citizens Bank | $ | $ | $ |
| 000008B | Department of the Treasury | $ | $ | $ |
| 000010 | D&E Transport, Inc. | $ | $ | $ |
| 000011 | Brites Cartage | $ | $ | $ |
| 000012 | Robert & Donna Fox | $ | $ | $ |
| 000013 | JULIE C WASSO | $ | $ | $ |
| 000014 | BERTHA BIESBOER | $ | $ | $ |
| 000015 | RONALD L BIESBOER | $ | $ | $ |
| 000016 | GROTTA & ASSOCIATES PC | $ | $ | $ |
| 000018 | Grotta & Associates, P.C. | $ | $ | $ |
| 000019 | JULIE C WASSO | $ | $ | $ |
| 000020 | BERTHA BIESBOER | $ | $ | $ |
| 000021 | BERTHA BIESBOER | $ | $ | $ |
| 30 | Sisters of St. Francis Health Services | $ | $ | $ |
|  | Cardiac Care Associates | $ | $ | $ |
| 32 | Regioanal Mental Health Center | $ | $ | $ |
| 33 | Medical Specialists P.C. | $ | $ | $ |
|  | Comprehensvie Imagiing | $ | $ | $ |
| 35 | Neuroligical Institute & Specialty Cent | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | Anesthesia Consultants of Indiana | $ | $ | $ |
| 37 | St Margaret Mercy Medical | $ | $ | $ |

  Total to be paid to timely general unsecured creditors  $_____

  Remaining Balance  $_____

  Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE