## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
  §
BIESBOER, KEN § Case No. 08-35834 CAD
  §
  §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/27/2014 in Courtroom 742,
UNTED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/11/2014                    By: /s/ Michael G. Berland
                                                 Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

In re:                                          §
                                                §
BIESBOER, KEN                                   §       Case No. 08-35834 CAD
                                                §
_____Debtor(s)_____                       §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | America's Wholesale Lender | $ | $ | $ | $ |
| 000006 | Old Second National Bank | $ | $ | $ | $ |

| | |
|---|---|
| Total to be paid to secured creditors | $_____ |
| Remaining Balance | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |
| Auctioneer Expenses: American Auction Services | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Kuhn Mitchell Moss Mork & Lechowicz, LLC | $ | $ | $ |
| Other: Gregory Stern | $ | $ | $ |
| Other: Cherny Law Offcies | $ | $ | $ |
| Other: Cherny Law Offices | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | Department of the Treasury | $ | $ | $ |
| 000023A | Terri Biesboer | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Custom Collection Services, Inc. | $ | $ | $ |
| 000002 | Schiller DuCanto and Fleck LLP | $ | $ | $ |
| 000004 | CAPITAL ONE | $ | $ | $ |
| 000005 | Kubs Capital, LLC c/o | $ | $ | $ |
| 000007 | Citizens Bank | $ | $ | $ |
| 000008B | Department of the Treasury | $ | $ | $ |
| 000010 | D&E Transport, Inc. | $ | $ | $ |
| 000011 | Brites Cartage | $ | $ | $ |
| 000012 | Robert & Donna Fox | $ | $ | $ |
| 000013 | JULIE C WASSO | $ | $ | $ |
| 000014 | BERTHA BIESBOER | $ | $ | $ |
| 000015 | RONALD L BIESBOER | $ | $ | $ |
| 000016 | GROTTA & ASSOCIATES PC | $ | $ | $ |
| 000018 | Grotta & Associates, P.C. | $ | $ | $ |
| 000019 | JULIE C WASSO | $ | $ | $ |
| 000020 | BERTHA BIESBOER | $ | $ | $ |
| 000021 | BERTHA BIESBOER | $ | $ | $ |
| 30 | Sisters of St. Francis Health Services | $ | $ | $ |
|  | Cardiac Care Associates | $ | $ | $ |
| 32 | Regioanal Mental Health Center | $ | $ | $ |
| 33 | Medical Specialists P.C. | $ | $ | $ |
|  | Comprehensvie Imagiing | $ | $ | $ |
| 35 | Neuroligical Institute & Specialty Cent | $ | $ | $ |
| 36 | Anesthesia Consultants of Indiana | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | St Margaret Mercy Medical | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland_____
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.