UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BIESBOER, KEN § Case No. 08-35834 CAD
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/27/2014 in Courtroom 742,
          UNTED STATES BANKRUPTCY COURT
          219 SOUTH DEARBORN STREET
          CHICAGO, ILLINOIS
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/11/2014            By: /s/ Michael G. Berland
                                                                          Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BIESBOER, KEN § Case No. 08-35834 CAD
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 503,722.52 |
| and approved disbursements of | $ | 39,629.42 |
| leaving a balance on hand of[1] | $ | 464,093.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | America's Wholesale Lender | $ 157,078.66 | $ 157,078.66 | $ 0.00 | $ 0.00 |
| 000006 | Old Second National Bank | $ 98,072.07 | $ 98,072.07 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 464,093.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 704.00 | $ 0.00 | $ 704.00 |
| Auctioneer Expenses: American Auction Services | $ 1,467.48 | $ 1,467.48 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Kuhn Mitchell Moss Mork & Lechowicz, LLC | $ 17,448.41 | $ 17,448.41 | $ 0.00 |
| Other: Gregory Stern | $ 6,613.36 | $ 6,613.36 | $ 0.00 |
| Other: Cherny Law Offcies | $ 6,517.50 | $ 6,517.50 | $ 0.00 |
| Other: Cherny Law Offices | $ 125.00 | $ 125.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    8,704.00

Remaining Balance    $    455,389.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 664,444.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | Department of the Treasury | $ 956.92 | $ 0.00 | $ 0.00 |
| 000023A | Terri Biesboer | $ 663,487.50 | $ 0.00 | $ 455,389.10 |

Total to be paid to priority creditors    $    455,389.10

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 699,208.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Custom Collection Services, Inc. | $ 948.00 | $ 0.00 | $ 0.00 |
| 000002 | Schiller DuCanto and Fleck LLP | $ 3,538.50 | $ 0.00 | $ 0.00 |
| 000004 | CAPITAL ONE | $ 11,606.14 | $ 0.00 | $ 0.00 |
| 000005 | Kubs Capital, LLC c/o | $ 21,025.30 | $ 0.00 | $ 0.00 |
| 000007 | Citizens Bank | $ 28,964.31 | $ 0.00 | $ 0.00 |
| 000008B | Department of the Treasury | $ 178.36 | $ 0.00 | $ 0.00 |
| 000010 | D&E Transport, Inc. | $ 71,745.00 | $ 0.00 | $ 0.00 |
| 000011 | Brites Cartage | $ 166,716.85 | $ 0.00 | $ 0.00 |
| 000012 | Robert & Donna Fox | $ 9,000.00 | $ 0.00 | $ 0.00 |
| 000013 | JULIE C WASSO | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000014 | BERTHA BIESBOER | $ 17,689.92 | $ 0.00 | $ 0.00 |
| 000015 | RONALD L BIESBOER | $ 152,448.41 | $ 0.00 | $ 0.00 |
| 000016 | GROTTA & ASSOCIATES PC | $ 6,839.15 | $ 0.00 | $ 0.00 |
| 000018 | Grotta & Associates, P.C. | $ 10,013.95 | $ 0.00 | $ 0.00 |
| 000019 | JULIE C WASSO | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000020 | BERTHA BIESBOER | $ 17,789.92 | $ 0.00 | $ 0.00 |
| 000021 | BERTHA BIESBOER | $ 152,477.93 | $ 0.00 | $ 0.00 |
| 30 | Sisters of St. Francis Health Services | $ 4,608.00 | $ 0.00 | $ 0.00 |
|  | Cardiac Care Associates | $ 100.00 | $ 0.00 | $ 0.00 |
| 32 | Regioanal Mental Health Center | $ 15.00 | $ 0.00 | $ 0.00 |
| 33 | Medical Specialists P.C. | $ 840.00 | $ 0.00 | $ 0.00 |
|  | Comprehensvie Imagiing | $ 861.00 | $ 0.00 | $ 0.00 |
| 35 | Neuroligical Institute & Specialty Cent | $ 875.00 | $ 0.00 | $ 0.00 |
| 36 | Anesthesia Consultants of Indiana | $ 678.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | St Margaret Mercy Medical | $ 250.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                      United States Bankruptcy Court
                       Northern District of Illinois
In re:                                                        Case No. 08-35834-CAD
Ken Biesboer                                                  Chapter 7
      Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers                 Page 1 of 3            Date Rcvd: Jul 14, 2014
                              Form ID: pdf006              Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2014.
db           #+Ken Biesboer,    31742 South Yates,    Beecher, IL 60401-3572
aty           +Christina M Riepel,    53 West Jackson Blvd,   Suite 1442,    Chicago, IL 60604-3536
13457159      +America's Wholesale Lender,    c/o Countrywide Home Loans Servicing, L.,
                2380 Performance Drive,    Bldg C,    Mail Stop: RGV-C-32,    Richardson, TX 75082-4333
13013025      +Arshad P. Malik, M.D.,    8560 Broadway,   Merrillville, IN 46410-7032
13012995      +Aurora Chicago Lakeshore Hospital,    4840 North Marine Drive,    Chicago, IL 60640-4296
13791201      +BERTHA BIESBOER,   % LOUIS E SICILIANO, CHARTERED,    2050 RIDGE ROAD,    HOMEWOOD IL 60430-1773
13012996       Back in Balance Chiropractic,    355 North LaGrange Road,    La Grange Park, IL 60526
13012997       Behavioral HealthCare Associates,    1375 East Schaumburg Road,    Suite 260,
                Schaumburg, IL 60194-3658
13013003      +Brasky Feldner & Associates,    15300 West Avenue,   Suite 11,    Orland Park, IL 60462-4742
13788842      +Brites Cartage,   c/o Nathan Q. Rugg, Esq.,    Adelman & Gettleman, Ltd.,
                53 W. Jackson Blvd., Suite 1050,     Chicago, IL 60604-3786
13485563      +CAPITAL ONE,   Client Services Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
13013004       Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
13013023      +Charles E. Kaegi MD,    4801 West Peterson #217,   Chicago, IL 60646-5738
13013005       Chase Cardmember Services,    PO Box 100045,   Kennesaw, GA 30156-9245
13013006       Christ Hospital and Medical Center,    4440 West 95th Street,    Oak Lawn, IL 60453-2699
13013007      +Citizens Bank,   101 North Washington,    Saginaw, MI 48607-1207
13013008       Comprehensive Imaging Association,    55 East 86th Avenue, Suite A,    P.O. Box 10645,
                Merrillville, IN 46411-0645
13013009       Countrywide Home Loans,    P.O. Box 961206,   FTWX - 22,    Fort Worth, TX 76161-0206
13013010       Creditors Discount & Audit Co.,    415 E. Main Street,    P.O. Box 213,    Streator, IL 61364-0213
13013011       Creditors Discount & Audit Co.,    415 East Main Avenue,    PO Box 213,    Streator, IL 61364-0213
13013012      +Custom Collection Services, Inc.,    55 East 86th Avenue, Suite D,    P.O. 10428,
                Merrillville, IN 46411-0428
13788758      +D&E Transport, Inc.,    c/o Nathan Q. Rugg, Esq.,   Adelman & Gettleman, Ltd.,
                53 W. Jackson Blvd., Suite 1050,     Chicago, IL 60604-3786
13013013      +Designed Receivable Solutions, Inc.,    1 Centerpointe Drive,    Suite 450,
                La Palma, CA 90623-1089
13013014      +Drs Brasky, Feldner & Associates,    15300 West Avenue,    Suite 111,    Orland Park, IL 60462-4742
13013049      +Elaine A. Sachnoff, P.h.D.,    1206 Hinman Avenue,   Evanston, IL 60202-1313
13791790      +GROTTA & ASSOCIATES PC,    THOMAS E GROTTA,   10775 W 163RD PLACE,    ORLAND PARK IL 60467-8861
13013017      +Goldstine Skrodzki Russian,    Nemec and Hoff, Ltd.,    835 McClintock Drive, 2nd Floor,
                Willowbrook, IL 60527-0860
13013018       Grotta & Associates, P.C.,    10775 West 163rd Place,    Orland Park, IL 60467-8861
13013019      +Gwendolyn J. Sterk,    Goldstine Skrodzki Russian Nemec,    835 McClintock Drive, 2nd Floor,
                Willowbrook, IL 60527-0859
13013020       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13013021      +Ingalls Memorial Hospital,    One Ingalls Drive,   Harvey, IL 60426-3591
13791200      +JULIE C WASSO,    %LOUIS E SICILIANO, CHARTERED,   2050 RIDGE ROAD,    HOMEWOOD IL 60430-1773
13485872      +Kubs Capital, LLC c/o,    F, K & M Law Offices, LLC,    1920 Thoreau Drive,    Suite 114,
                Schaumburg IL 60173-4151
18990861      +Kuhn Mitchell Moss Mork & Lechowicz, LLC,    Attn: William D Cherny,    111 E Jefferson Ave,
                Naperville, IL 60540-4791
13013024       Lake Imaging LLC,    55 East 86th Avenue, Suite A,    P.O. Box 10645,    Merrillville, IN 46411-0645
13013016      +Mariana Gigea MD SC,    10660 West 143rd Street,   Suite B,    Orland Park, IL 60462-1989
13013026       Midwest Diagnostic Pathology,    75 Remittance Drive, Suite 3070,    Chicago, IL 60675-3070
13013028      +Nephrology Specialist PC,    9201 Calumet Avenue,   Munster, IN 46321-2807
13013029      +Northern Credit Bureau,    P.O. Box 478,   Petoskey, MI 49770-0478
13013030       Northern Michigan Emergency Physicians,    c/o Northern Credit Bureau,    PO Box 478,
                Petoskey, MI 49770-0478
13013032       Northwestern Medical Faculty Foundation,    P.O. Box 75494,    Chicago, IL 60675-5494
13013033       Northwestern Memorial Hospital,    P.O. Box 73690,   Chicago, IL 60673-7690
13013037       OSI Collection Services, Inc.,    P.O. Box 922,   Brookfield, WI 53008-0922
13013034      +Old Second National Bank,    37 S RIVER ST,   AURORA IL 60506-4172
13013035      +Omnicare, Inc.,    100 East River Center Boulevard,    Suite 700,    Covington, KY 41011-1555
13013036      +Orthopaedic Associates of Chicago, Ltd.,    676 North St. Clair,    Suite 450,
                Chicago, IL 60611-2849
13013038      +Parkview Orthopaedic Group,    7600 West College Drive,    Palos Heights, IL 60463-1066
13013039       Pathology Consultants,    P.O. Box 583,   Michigan City, IN 46361-0583
13013040      +Pathology Consultants,    2020 Lindell Avenue,   Nashville, TN 37203-5509
13013043       Quest Diagnostics,    1355 Mittel Boulevard,   Wood Dale, IL 60191-1024
13013044       Qwest Diagnostics,    P.O. Box 9050,   Denver, CO 80209-0050
13477799      +ROBERT & DONNA FOX,    222 ORCHARD LANE,   BEECHER IL 60401-5001
13791411      +RONALD L BIESBOER,    % LOUIS E SICILIANO, CHARTERED,    2050 RIDGE ROAD,    HOMEWOOD IL 60430-1773
13013058      +Ray L. Szarmach,    260 East 90th Drive,   Merrillville, IN 46410-8102
13012998       Renuka H. Bhatt, M.D.S.C.,    10811 West 143rd Street,    Suite 150,    Orland Park, IL 60467-1945
13013046      +Richard P. Komyatte & Associates, P.C.,    9650 Gordon Drive,    Highland, IN 46322-2909
13013047      +River East Garage,    445 East Illinois Street,   Suite 565,    Chicago, IL 60611-5306
13789049      +Robert & Donna Fox,    c/o Nathan Q. Rugg, Esq.,   Adelman & Gettleman, Ltd.,
                53 W. Jackson, Suite 1050,    Chicago, IL 60604-3786
13013048      +Rush University Medical Center,    3825 Highland Avenue,    Downers Grove, Illinois 60515-1552
13013050       SAMC Emergency Room Physicans,    36022 Eagle Way,   Chicago, IL 60678-1360
```

Case 08-35834   Doc 694   Filed 07/14/14   Entered 07/16/14 23:43:20   Desc Imaged
Certificate of Notice   Page 7 of 8

```
District/off: 0752-1          User: mmyers               Page 2 of 3                   Date Rcvd: Jul 14, 2014
                              Form ID: pdf006            Total Noticed: 79


13013051      +Schiller DuCanto and Fleck LLP,    200 North LaSalle Street,    30th Floor,
                Chicago, IL 60601-1098
13013053      +St. Anthony Medical Center,    35292 Eagle Way,    Chicago, IL 60678-1352
13013054       St. Anthony Medical Center,    1201 South Main Street,    Crown Point, IN 46307-8483
13013055      +St. Margaret Mercy,    5454 Hohman Avenue,    Hammond, IN 46320-1999
13013056      +St. Margaret Mercy Healthcare,    35682 Eagle Way,    Chicago, IL 60678-1356
13013057       Superior Care Pharmacy,    2280 W. Alexander Street,    Salt Lake City, UT 84119-2051
13013000      +Terri Biesboer,    Goldstine Skrodzki Russian Nemec,    and Hoff Ltd,
                835 McClintock Drive, Second Floor,    Burr Ridge, IL 60527-0860
18990216      +Terri Biesboer,    c/o Goldstine, Skrodzki,    835 McClintock Drive, Second Floor,
                Burr Ridge, IL 60527-0859
13013052      +Thomas C. Sonneveld DDS,    9641 West 153rd Street,    Suite 50,    Orland Park, IL 60462-3777
13013059      +Thornton Fire Department,    Attn: Chief Kuipers,    115 E Margaret St,    Thornton IL 60476-1285
13013060      +Van Senus Chiropractic,    Wellness Center,    221 US Highway 41,    Suite B,
                Schererville IN 46375-1278
13013061      +Wellness Group Heatlh Partners,    333 Dixie Highway,    Chicago Heights, IL 60411-1748
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13013015      +E-mail/Text: exf@tir.com Jul 15 2014 01:12:39     Executive Financial Company,    7577 Miller Road,
                Swartz Creek, MI 48473-1433
13013022       E-mail/Text: cio.bncmail@irs.gov Jul 15 2014 01:11:42     Department of the Treasury,
                Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114
13013027       E-mail/Text: mmrgbk@miramedrg.com Jul 15 2014 01:12:38     MiraMed Revenue Group, Llc,
                PO Box 536,    Linden, MI 48451-0536
13013031      +E-mail/Text: jflynn1@northernhealth.org Jul 15 2014 01:11:40     Northern Michigan Hospital,
                416 Connable Avenue,    Petoskey, MI 49770-2297
13013041       E-mail/Text: mmrgbk@miramedrg.com Jul 15 2014 01:12:38     Pellettieri & Associates, P.C.,
                P.O. Box 536,    Linden, MI 48451-0536
13013042      +E-mail/Text: mmrgbk@miramedrg.com Jul 15 2014 01:12:38     Pellettieri & Associates, P.C.,
                991 Oak Creek Drive,    Lombard, IL 60148-6408
13013045       E-mail/Text: mmrgbk@miramedrg.com Jul 15 2014 01:12:38     Revenue Production Management, Inc.,
                PO Box 830913,    Birmingham, AL 35283-0913
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13013002*     +Terri L. Biesboer,    19570 Fiona Avenue,    Mokena, IL 60448-1792
13012999     ##+Ronald Biesboer,    1165 North East Doubloon,    Stuart, FL 34996-1513
13013001     ##+Terri L. Biesboer,    19570 Fiona Avenue,    Mokena, IL 60448-1792
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2014                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2014 at the address(es) listed below:
          Brian M. Dougherty    on behalf of Creditor    Goldstine Skrodzki Russian Nemec and Hoff. Ltd.
           bmd@gsrnh.com, kam@gsrnh.com
          Brian M. Dougherty    on behalf of Plaintiff Terri  Biesboer bmd@gsrnh.com, kam@gsrnh.com
          Brian M. Dougherty    on behalf of Interested Party Terri  Biesbor bmd@gsrnh.com, kam@gsrnh.com
          Brian M. Dougherty    on behalf of Defendant Terri  Biesboer bmd@gsrnh.com, kam@gsrnh.com
          Eric G Zelazny    on behalf of Interested Party Terri  Biesbor Eric@lwslaw.com
          Eric G Zelazny    on behalf of Defendant Terri  Biesboer Eric@lwslaw.com
          Eric G Zelazny    on behalf of Plaintiff Terri  Biesboer Eric@lwslaw.com
          Frances  Gecker    on behalf of Financial Advisor Robert F Remian fgecker@fgllp.com
          Frances  Gecker    on behalf of Examiner Frances  Gecker fgecker@fgllp.com
```

```
District/off: 0752-1          User: mmyers              Page 3 of 3              Date Rcvd: Jul 14, 2014
                              Form ID: pdf006           Total Noticed: 79
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Gregory K Stern    on behalf of Defendant Ken  Biesboer gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
      Gregory K Stern    on behalf of Plaintiff Kenneth L Biesboer gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
      Gregory K Stern    on behalf of Debtor Ken  Biesboer gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
      Howard L. Adelman    on behalf of Interested Party Donna R. Fox hla@ag-ltd.com
      Howard L. Adelman    on behalf of Defendant    Brites Transportation, Ltd. hla@ag-ltd.com
      Howard L. Adelman    on behalf of Defendant    Brites Equipment, Ltd. hla@ag-ltd.com
      Howard L. Adelman    on behalf of Defendant Donna  Fox hla@ag-ltd.com
      Howard L. Adelman    on behalf of Defendant Robert  Fox hla@ag-ltd.com
      Howard L. Adelman    on behalf of Defendant    Earth Management Services of Illinois, LLC hla@ag-ltd.com
      Howard L. Adelman    on behalf of Interested Party Robert J. Fox hla@ag-ltd.com
      Howard L. Adelman    on behalf of Defendant    D&E Transport, Inc. hla@ag-ltd.com
      Howard L. Adelman    on behalf of Defendant    Brites Cartage, Ltd. hla@ag-ltd.com
      James  Hausler    on behalf of Debtor Ken  Biesboer james.e.hausler@gmail.com
      Micah R Krohn    on behalf of Examiner Frances  Gecker mkrohn@fgllp.com, ccarpenter@fgllp.com
      Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
      Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
      Michael W Huseman    on behalf of Creditor    Old Second National Bank as Successor to Heritage Bank joanb@dreyerfoote.com
      Monica C O'Brien    on behalf of Debtor Ken  Biesboer gstern1@flash.net
      Nathan Q. Rugg    on behalf of Interested Party Robert J. Fox nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Defendant    Brites Cartage, Ltd. nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Defendant Robert  Fox nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Interested Party Donna R. Fox nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Defendant    Brites Equipment, Ltd. nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Defendant    D&E Transport, Inc. nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Defendant Donna  Fox nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Defendant    Earth Management Services of Illinois, LLC nrugg@ag-ltd.com, lhope@ag-ltd.com
      Nathan Q. Rugg    on behalf of Defendant    Brites Transportation, Ltd. nrugg@ag-ltd.com, lhope@ag-ltd.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Richard M Furgason    on behalf of Creditor    Old Second National Bank as Successor to Heritage Bank rfurgason@dreyerfoote.com,   rfurgason@dreyerfoote.com;rkfurgason@sbcglobal.net
      Terri M Long    on behalf of Creditor    BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP f/k/a Countrywide Home Loans, Inc., its successors and/or assigns Courts@tmlong.com
      William D Cherny    on behalf of Debtor Ken  Biesboer bill@chernylaw.com, BTovar@nycalaw.com;LHarast@nycalaw.com
      William D Cherny    on behalf of Trustee Michael G Berland bill@chernylaw.com, BTovar@nycalaw.com;LHarast@nycalaw.com
      William D Cherny    on behalf of Creditor    Kuhn Mitchell Moss Mork & Lechowicz, LLC bill@chernylaw.com,   BTovar@nycalaw.com;LHarast@nycalaw.com

                                                                                                       TOTAL: 42