# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BIESBOER, KEN | § | Case No. 08-35834 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on           , and it was converted to chapter 7 on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND
_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ken Biesboer | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICA'S WHOLESALE LENDER | | | | | |
| 000006 | OLD SECOND NATIONAL BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| BERLAND, MICHAEL | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| KUH, MITCHELL, MOSS | | | | | |
| KUHN MITCHELL MOSS MORK & LECHOWICZ | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHERNY LAW OFFICES P.C. | | | | | |
| OFFCIES, CHERNY LAW | | | | | |
| CHERNY LAW OFFICES P.C. | | | | | |
| OFFICES, CHERNY LAW | | | | | |
| LONGEST, GLORIA | | | | | |
| AMERICAN AUCTION SERVICES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STERN, GREGORY | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | GWENDOLYN J. STERK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | TERRI BIESBOER | | | | | |
| 000022 | TERRI BIESBOER | | | | | |
| 000023A | TERRI BIESBOER | | | | | |
| 000008A | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 36 | ANESTHSIA CONSULTANTS OF INDIANA | | | | | |
| 000014 | BERTHA BIESBOER | | | | | |
| 000020 | BERTHA BIESBOER | | | | | |
| 000021 | BERTHA BIESBOER | | | | | |
| 000011 | BRITES CARTAGE | | | | | |
| 000004 | CAPITAL ONE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CITIZENS BANK | | | | | |
| 000001 | CUSTOM COLLECTION SERVICES, INC. | | | | | |
| 000010 | D&E TRANSPORT, INC. | | | | | |
| 000008B | DEPARTMENT OF THE TREASURY | | | | | |
| 000016 | GROTTA & ASSOCIATES PC | | | | | |
| 000018 | GROTTA & ASSOCIATES, P.C. | | | | | |
| | IMAGIING, COMPREHENSVIE | | | | | |
| 000013 | JULIE C WASSO | | | | | |
| 000019 | JULIE C WASSO | | | | | |
| 000005 | KUBS CAPITAL, LLC C/O | | | | | |
| 33 | MEDICAL SPECIALISTS P.C. | | | | | |
| 35 | NEUROLIGICAL INSTITUTE & SPECIALTY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 32 | REGIONAL MENTAL HEALTH CENTER | | | | | |
| 000012 | ROBERT & DONNA FOX | | | | | |
| 000015 | RONALD L BIESBOER | | | | | |
| 000002 | SCHILLER DUCANTO AND FLECK LLP | | | | | |
| 30 | SISTERS OF ST. FRANCIS HEALTH SERVI | | | | | |
| 37 | ST MARGARET MERCY MEDICAL | | | | | |
| | CARDIAC CARE ASSOCIATES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 08-35834 | CAD | Judge: Carol A. Doyle | | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|---|
| Case Name: | BIESBOER, KEN | | | | | Date Filed (f) or Converted (c): | 12/22/11 (c) |
| | | | | | | 341(a) Meeting Date: | 03/01/12 |
| For Period Ending: | 10/17/14 | | | | | Claims Bar Date: | 06/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. tr | 0.00 | 470,845.03 | | 470,845.03 | FA |
| Balance from Chapter 11 account 23-90005 from liqudiation of debtor's interests in certain businesses, while in Chapter 11 | | | | | |
| 2. Northern Trust 3800948796 | 0.00 | 501.55 | | 501.55 | FA |
| Balance from Chapter 11 account  3800948796 from liqudiation of certain businesses, while in Chapter 11 | | | | | |
| 3. 19570 Fiona, Mokena, Illinois | 380,000.00 | 0.00 | | 0.00 | FA |
| House went into foerclosure. No payments for 4 years | | | | | |
| 4. Cash | 28.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 0.00 | 0.00 | | 0.00 | FA |
| 6. Couch, bed etc | 100.00 | 0.00 | | 0.00 | FA |
| 7. Harley Davidson T shirt collection | 0.00 | 0.00 | | 0.00 | FA |
| 8. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Rolex, rings, bracelet | 0.00 | 0.00 | | 0.00 | FA |
| 10. Hockey equipment, bicycles | 250.00 | 0.00 | | 0.00 | FA |
| 11. AK 47, 9mm pistols etc | 250.00 | 0.00 | | 0.00 | FA |
| 12. Brites Cartage LTD 401k | 0.00 | 0.00 | | 0.00 | FA |
| 13. Teamsters Local 786 Severance Funds | 16,800.00 | 0.00 | | 0.00 | FA |
| 14. Brites Cartage Ltd   40% shareholder | 0.00 | 0.00 | | 0.00 | FA |
| 15. Brites transportation 50% shareholder | 0.00 | 0.00 | | 0.00 | FA |
| 16. Brites Equipment | 0.00 | 0.00 | | 0.00 | FA |
| 17. Ken Biesboer Ltd | 0.00 | 0.00 | | 0.00 | FA |
| 18. Auto accident claims | 0.00 | 0.00 | | 0.00 | FA |
| No value to the case. Matter resolved without payment of  anything other than debtor's medical costs. | | | | | |
| 19. Interest In re marriage of Terri Bieesboer Claim | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 08-35834 | CAD | Judge: Carol A. Doyle | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | BIESBOER, KEN | | | | Date Filed (f) or Converted (c): | 12/22/11 (c) |
| | | | | | 341(a) Meeting Date: | 03/01/12 |
| | | | | | Claims Bar Date: | 06/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| A pre-trial conference was held in the state court and the judge determined the amount owed to Terri, the debtor's wife, exceed any amount the debtor coudl claim. The amout owed to Terri, based on the trial judge's deterrmination, did not even include the attonreys fees owed to her attorneys,, which were part of the claim. | | | | | |
| 20. 2000 Hummer Wagon | 25,000.00 | 26,000.00 | | 26,000.00 | FA |
| 21. 2004 9201 International Tractor | 10,000.00 | 0.00 | | 0.00 | FA |
| 22. 1974 Porsche | 3,000.00 | 0.00 | | 0.00 | FA |
| 23. 1972 Harely Davidson Scrambler | 1,000.00 | 0.00 | | 0.00 | FA |
| 24. 1960 Honda Elsner | 500.00 | 0.00 | | 0.00 | FA |
| 25. Hang glider | 800.00 | 0.00 | | 0.00 | FA |
| 26. Miscellenous hand tools, air compressor etc | 5,000.00 | 0.00 | | 0.00 | FA |
| 27. Storage trailer (u) | Unknown | 2,600.00 | | 2,600.00 | FA |
| 28. Honda dirt bike (u) | 0.00 | 2,200.00 | | 2,200.00 | FA |
| 29. Midwest Operating Engineers Pension | 2,992.71 | 0.00 | | 0.00 | FA |
| 30. Refudn from Kuhn, Mitchell, Mosss et al (u) | 0.00 | 1,574.91 | | 1,574.91 | FA |
| Refund of costs which were included in check wirtten for fees and costs | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.03 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $446,720.71 | $503,721.49 | | $503,722.52 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The case was assigned to the trustee late in 2011 after the case was conveted from Chapter 11 to Chapter 7. The Trustee

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.00a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| | |
|---|---|
| Case No: | 08-35834    CAD    Judge: Carol A. Doyle |
| Case Name: | BIESBOER, KEN |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 12/22/11 (c) |
| 341(a) Meeting Date: | 03/01/12 |
| Claims Bar Date: | 06/01/12 |

employed special counsel  for himsel  for himself in connection  with the debtor's non filing spouse seeking all monies in Trustee

bank account. The debtor had a pending dissloution of mariage suit pending for many years . The Trustee received checks

from the Chapter 11 case, which related to certain busiiness interest in which the debtor had an interest. The Trustee

filed a Motion To Employ Special Counsel, which was approved. The Trustee objectied to ceriain claims and the objections

were sustained. The Trustee sold 3 items at auction, recieved the money from the auction sale, and filed a Report of

Sale with the court. The trustee has filed tax returns .

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 06/30/14

FORM 2                                                                                           Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-35834  -CAD |
| Case Name: | BIESBOER, KEN |
| | |
| Taxpayer ID No: | *******4758 |
| For Period Ending: | 10/17/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3065  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/12 | 1 | Northern Trust | Payment of balance from account 23-90005-Ch 11 account | 1129-000 | 470,845.03 | | 470,845.03 |
| | | | DEPOSIT CHECK #T6262562 | | | | |
| 01/13/12 | 2 | Northern Trust | Balance in account 3800948796 | 1129-000 | 501.55 | | 471,346.58 |
| | | | DEPOSIT CHECK #113124 | | | | |
| 01/25/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 1.03 | | 471,347.61 |
| 01/25/12 | | Transfer to Acct #*******5312 | Bank Funds Transfer | 9999-000 | | 471,347.61 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 471,347.61 | 471,347.61 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 471,347.61 | |
| | | Subtotal | 471,347.61 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 471,347.61 | 0.00 | |

Page Subtotals                471,347.61          471,347.61

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2                                                                                     Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | |
|---|---|
| Case No: | 08-35834  -CAD |
| Case Name: | BIESBOER, KEN |
| | |
| Taxpayer ID No: | *******4758 |
| For Period Ending: | 10/17/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3066  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals                    0.00              0.00

Ver: 18.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 08-35834 -CAD |
| Case Name: | BIESBOER, KEN |
| Taxpayer ID No: | *******4758 |
| For Period Ending: | 10/17/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3067  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 0.00 | 0.00 |
| Less:  Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 0.00 |

Column 7 Balance: 0.00

Page Subtotals            0.00            0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| Case No: | 08-35834  -CAD | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BIESBOER, KEN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5312  Checking Account |
| Taxpayer ID No: | *******4758 | | | |
| For Period Ending: | 10/17/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3065 | Bank Funds Transfer | 9999-000 | 471,347.61 | | 471,347.61 |
| * 03/27/12 | 001001 | Jonathan Pierce | Payment of exemption per court orde | 8100-003 | | 15,000.00 | 456,347.61 |
| * 03/27/12 | 001001 | Jonathan Pierce | Payment of exemption per court orde Issued in error to wrong account. Reversed before check sent out | 8100-003 | | -15,000.00 | 471,347.61 |
| * 03/27/12 | 001002 | Collison & O'Connor | Payment of special counsel attorney fee per court order | 3210-003 | | 18,333.33 | 453,014.28 |
| * 03/27/12 | 001002 | Collison & O'Connor | Payment of special counsel attorney Issued in error to wrong account. Reversed before check sent out | 3210-003 | | -18,333.33 | 471,347.61 |
| 02/21/13 | 001003 | Gregory Stern | Payment of Cahpter 11 adminsitrativ claim per court order | 6210-000 | | 6,613.36 | 464,734.25 |
| 03/08/13 | | Congressional Bank | Bank service fee | 2600-000 | | 450.39 | 464,283.86 |
| 04/16/13 | | American Auction Axssociates | Sales proceeds from auction sale | | 30,800.00 | | 495,083.86 |
| | 20 | 30,800AMERICAN AUCTION AXSSOCIATES | Memo Amount:        26,000.00 | 1129-000 | | | |
| | 27 | | Sales proceeds from auction sale Memo Amount:        2,600.00 | 1229-000 | | | |
| | 28 | | Storage Trailer Memo Amount:        2,200.00 | 1229-000 | | | |
| 04/22/13 | | Congressional Bank | Honda Dirt Bike BANK SERVICE FEE | 2600-000 | | 493.01 | 494,590.85 |
| 05/09/13 | | Congressional Bank | Bank service fee | 2600-000 | | 491.62 | 494,099.23 |
| 05/23/13 | 001004 | American Auction Associates | Payment of auctioneer per court order | 3610-000 | | 1,467.48 | 492,631.75 |
| 05/23/13 | 001005 | Ken Biesboer | Payment for exemption In Hummer per court order | 8100-000 | | 2,400.00 | 490,231.75 |
| 06/04/13 | | Congressional Bank | Bank fee | 2600-000 | | 524.64 | 489,707.11 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 503.67 | 489,203.44 |

| | | Page Subtotals | 502,147.61 | 12,944.17 | |
|---|---|---|---|---|---|

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-35834  -CAD | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BIESBOER, KEN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5312  Checking Account |
| Taxpayer ID No: | *******4758 | | |
| For Period Ending: | 10/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 08/01/13 | 001006 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 488,703.44 |
| 08/05/13 | | Congressional Bank | Bank service fee | 2600-000 | | 519.43 | 488,184.01 |
| 08/20/13 | 001007 | Cherny Law Offices P.C. | Payment of special counsel per court order | 3210-000 | | 6,517.50 | 481,666.51 |
| 08/20/13 | 001008 | Cherny Law Offices P.C. | Payment of special counsel expenses per court order | 3220-000 | | 125.00 | 481,541.51 |
| 09/11/13 | 001009 | Kuhn.Mitchell, Moss, Mork & Lechowicz L.C.C. | Paymebt Of Adminstrative legal fee per court order | 2990-000 | | 17,448.41 | 464,093.10 |
| 09/11/13 | 001010 | Kuhn, Mitchell, Moss Mork & Lechowitz LLC | Payment of adminstrative expenses per court order | 2990-000 | | 1,574.91 | 462,518.19 |
| 05/05/14 | 30 | Kuhn, Mitchel,Moss et al | Refunds of costs | 1229-000 | 1,574.91 | | 464,093.10 |
| 08/27/14 | 001011 | MICHAEL G. BERLAND 1North LaSalle SUITE 1775 CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 8,000.00 | 456,093.10 |
| 08/27/14 | 001012 | Michael Berland | Trustee Expenses | 2200-000 | | 704.00 | 455,389.10 |
| 08/27/14 | 001013 | Terri Biesboer Goldstine Skrodzki Russian Nemec and Hoff Ltd 835 McClintock Drive, Second Floor Burr Ridge, IL 60527 | Claim 000023A, Payment 68.63567% | 5100-000 | | 455,389.10 | 0.00 |

| | | | | Page Subtotals | 1,574.91 | 490,778.35 | |

FORM 2                                                                                          Page:   6

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:            08-35834  -CAD                          Trustee Name:        MICHAEL G. BERLAND
Case Name:          BIESBOER, KEN                           Bank Name:           Congressional Bank
                                                            Account Number / CD #:   *******5312  Checking Account
Taxpayer ID No:     *******4758
For Period Ending:  10/17/14                                Blanket Bond (per case limit):   $  5,000,000.00
                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Memo Allocation Receipts: | 30,800.00 | COLUMN TOTALS | | 503,722.52 | 503,722.52 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 471,347.61 | 0.00 | |
|  |  |  | Subtotal | | 32,374.91 | 503,722.52 | |
|  | Memo Allocation Net: | 30,800.00 | Less:  Payments to Debtors | | | 2,400.00 | |
|  |  |  | Net | | 32,374.91 | 501,322.52 | |
|  |  |  |  | | | NET | ACCOUNT |
|  | Total Allocation Receipts: | 30,800.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Total Allocation Disbursements: | 0.00 | Money Market Account - *******3065 | | 471,347.61 | 0.00 | 0.00 |
|  |  |  | Checking Account - ********3066 | | 0.00 | 0.00 | 0.00 |
|  | Total Memo Allocation Net: | 30,800.00 | Money Market Account - ********3067 | | 0.00 | 0.00 | 0.00 |
|  |  |  | Checking Account - ********5312 | | 32,374.91 | 501,322.52 | 0.00 |
|  |  |  |  | | ------------------- | ------------------- | ---------------------- |
|  |  |  |  | | 503,722.52 | 501,322.52 | 0.00 |
|  |  |  |  | | ============ | ============ | ============ |
|  |  |  |  | | (Excludes Account | (Excludes Payments | Total Funds |
|  |  |  |  | | Transfers) | To Debtors) | On Hand |

                                                            Page Subtotals              0.00          0.00

                                                                                                    Ver: 18.00a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*